IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVIS WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION | : | NO. 2005-3756 |

## ORDER

AND NOW, this 4th day May, 2009, upon consideration of the parties' Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and after review of Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Plaintiff's Motion for Summary Judgment is DENIED; and

3. the Defendant's Motion for Summary Judgment is GRANTED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.